COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Cause number:      01-14-00237-CV

Style:      Oliver Vans, Jr., Mickey Dinh, Santos Reyna and Lo Dinh v. Infinity County Mutual Insurance Company and Sandra Hightower

Date motion filed:      April 25, 2014

Type of Motion:      Objection to Mediation

Party filing motion:      Appellee


It is **ordered** that Appellee's objection to mediation is granted.  We withdraw our Mediation Order dated April 21, 2014.

Judge's signature:  /s/ Jim Sharp
              x Acting individually


Date:  April 30, 2014

---

\*    Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:    Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).